UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT J. COYLE,<br><br>    Respondent. | Case No.: 1:24-cv-00980-SAB<br><br>ORDER REQUIRING RESPONDENT ROBERT J. COYLE TO SHOW CAUSE RE TAX SUMMONS ENFORCEMENT<br><br>DATE: NOVEMBER 6, 2024<br>TIME:  10:00 AM<br>COURTROOM 9, 6TH FLOOR<br>JUDGE: HONORABLE STANLEY A. BOONE |

On August 20, 2024, the United States of America ("Petitioner") filed a petition to enforce an Internal Revenue Service ("IRS") summons pursuant to 26 U.S.C. § 7602 and a declaration of Revenue Officer Lori L. Minjarez in support of the petition. (ECF No. 1.) Upon review of the petition, IT IS HEREBY ORDERED that:

    1.    Respondent Robert J. Coyle shall appear before United States Magistrate Judge Stanley A. Boone in the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California, on **Wednesday, November 6, 2024, at 10:00 a.m.**, in Courtroom 9 to show cause why Respondent should not be compelled to obey the IRS summons issued on February 24, 2023.

    2.    The Court will preside pursuant to 28 U.S.C. § 636(b) and Local Rule 302(c)(9).

    3.    Under Fed. R. Civ. P. 4(c)(1), the Court hereby appoints the investigating IRS employee, and all federal employees designated by that employee, to serve process in this case.

    4.    To afford Respondent an opportunity to respond to this order, a copy of this order, the Petition, the Declaration, and Exhibit A to the Declaration shall be served by delivering a copy to Respondent personally, or by leaving a copy at Respondent's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein, or by any other means of service

permitted by Fed. R. Civ. P. 4(e), at least **thirty (30) days** before the show cause hearing date, unless such service cannot be made despite reasonable efforts.

5. Proof of any service done under paragraph 4, above, shall be filed with the Clerk of the Court on or before **October 9, 2024**.

6. If the federal employee assigned to serve these documents is not reasonably able to serve the papers as provided in paragraph 3, petitioner may request a court order granting leave to serve by other means.  See Fed. R. Civ. P. 81(a)(5).  The request shall detail the efforts made to serve Respondent.

7. The Petition and Declaration reflect a <u>prima facie</u> showing that the subject IRS investigation and summons are conducted and issued for a legitimate purpose, that the associated inquiry is relevant to that purpose, that the information sought is not already within the IRS' possession, and that the administrative steps required by the Internal Revenue Code have been followed.  See <u>United States v. Powell</u>, 379 U.S. 48, 57-58 (1964).

8. The burden has therefore shifted to whomever might oppose enforcement of the summons. If Respondent has any defense or opposition to the Petition, such defense or opposition shall be filed and served at least **fourteen (14) days** before the show cause hearing date.  See L.R. 230(c).

9. At the show cause hearing, the Magistrate Judge intends to consider the issues properly raised in opposition to enforcement.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the Petition may be deemed admitted.

10. If Respondent has no objections to enforcement of the summons, he may file and serve a statement of non-opposition to the Petition at least **ten (10) days** prior to the show cause hearing date including any continued date.  Respondent's appearance at the hearing will then be excused.

IT IS SO ORDERED.

Dated:   **August 22, 2024**

UNITED STATES MAGISTRATE JUDGE