1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No.  1:24-cv-00980-KES-SAB

12                 Plaintiff,

13           v.                              ORDER RELATING AND REASSIGNING
                                             CASES
14    ROBERT J. COYLE,

15                 Defendant.

16

17

18    UNITED STATES OF AMERICA,
                                             No.  1:24-cv-01157-KES-BAM
19                 Plaintiff,
                                             **New Case No. 1:24-cv-01157-KES-SAB**
20           v.

21    ROBERT J. COYLE, et al.,

22                 Defendants.

23

24

25

26         Examination of the above-captioned actions reveals that they are related within the

27    meaning of the Local Rules.  "[B]oth actions involve similar questions of fact and the same

28    question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

                                             1

1  substantial savings of judicial effort." L.R. 123(a)(3). The cases involve the United States's

2  petition to enforce an IRS summons served on Robert J. Coyle in his personal and official

3  capacities. *See* L.R. 123(a)(1)-(2). The assignment of these matters to the same judge is likely to

4  effect a substantial savings of judicial effort and is likely to be convenient for the parties.

5          The parties should be aware that relating cases under Rule 123 causes the actions to be

6  assigned to the same judge—it does not consolidate the actions. Under Rule 123, related cases

7  are generally assigned to the judge and magistrate judge to whom the first filed action was

8  assigned.

9          Good cause appearing, the court finds the above-captioned cases are related and hereby

10  ORDERS that Case No. 1:24-cv-01157-KES-BAM be reassigned from Magistrate Judge Barbara

11  A. McAuliffe to Magistrate Judge Stanley A. Boone. The caption on documents filed in the

12  reassigned case shall show the new case number: **1:24-cv-01157-KES-SAB**.

13

14  IT IS SO ORDERED.

15      Dated:   October 8, 2024                    _____

16                                                 UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28