# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>   v.<br><br>ROBERT J. COYLE,<br><br>        Respondent. | Case No. 1:24-cv-00980-KES-SAB<br><br>ORDER GRANTING UNITED STATES' *EX PARTE* APPLICATION TO CONTINUE NOVEMBER 6, 2024 SHOW CAUSE HEARING TO DECEMBER 11, 2024<br><br>(ECF No. 9) |

On October 15, 2024, the United States filed an *ex parte* application to continue Robert J. Coyle's show cause hearing in his individual capacity, currently set for November 6, 2024, to the same date Coyle is ordered to appear in his official capacity on December 11, 2024. (ECF No. 9.) The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States' *ex parte* application (ECF No. 9) is GRANTED;

2. The Show Cause Hearing set for November 6, 2024, is continued to **December 11, 2024, at 10:00 a.m.**;

3. All deadlines provided in the Court's August 22, 2024 Order Requiring Respondent Robert J. Coyle to Show Cause (ECF No. 4) are extended accordingly; and

///

///

4. The United States shall serve a copy of this Order on Respondent Robert J. Coyle and file proof of service within three (3) days of completing service.

IT IS SO ORDERED.

Dated: **October 16, 2024**

UNITED STATES MAGISTRATE JUDGE